J. ROMAINE BROWN, Respondent, v. A. E. R. REALTY COMPANY, INC., and Others, Defendants. THOMAS AUSTIN and WILLIAM L. AUSTIN, Copartners, etc., and Others, Appellants.   (Appeal No. 2.) — Motion to dismiss appeal denied.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

JACOB DANIEL MYERS, an Infant, etc., Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Defendant.   DENNIS F. O'BRIEN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

THE NAGLE PACKING COMPANY, Appellant, v. PHILIP M. ROSENBLUM, and Others, Respondents.— Motion granted on condition that appellant, within ten days, pay forty dollars costs, and perfect the appeal.   On payment of said costs, the case will be placed at the foot of the December calendar, appellant to be ready for argument when reached.   Otherwise, motion denied, with ten dollars costs.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MARY C. O'KEEFE, Respondent, v. J. FRED DUGAN, as Acting Town Clerk of the Town of Riverhead, Suffolk County, N. Y., and HERBERT S, SISSON, as State Commissioner of Excise, Defendants.— Order certifying questions to the Court of Appeals settled and signed.   Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORTON ATWATER and ELIOT ATWATER, Appellants.— Motion granted.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT F. FOOTE, Appellant.— Motion granted.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD W. SHERRILL, Appellant.— Motion granted.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

WALTER L. SMITH, Respondent, v. JOHN H. K. BLAUVELT, etc., and Another, Defendants.   NELLIE BLAUVELT and Others, Appellants.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

FANNIE E. BABB, Respondent, v. JAMES CUNNINGHAM SON & CO., INC., and ARTHUR R. DIETER, Appellants.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

JOHN J. BAKERMAN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Thomas, Blackmar and Jaycox, JJ., concurred; Rich, J., dissented, being of opinion that the plaintiff was entitled to substantial damages.